BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6973
   FAX: (415) 436-7234
   Lloyd.Farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 16-MJ-70333 MAG |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING PRELIMINARY HEARING AND |
| | ) STATUS CONFERENCE, EXTENDING TIME |
| FEDERICO MORA, | ) UNDER RULE 5.1,AND EXCLUDING TIME |
| | ) UNDER THE SPEEDY TRIAL ACT |
| Defendant. | ) |
| | ) |

The United States of America, through Lloyd Farnham, Assistant United States Attorney, and the

defendant, Federico Mora, through his counsel, hereby stipulate to a continuance of the preliminary

hearing or arraignment date in this case from April 20, 2016 to May 18, 2016 at 9:30 a.m. before the

Duty Magistrate.  The defendant agrees that good cause exists to extend the time limits of Rule 5.1(c) to

May 18, 2016.  The parties also agree that time is appropriately excluded under 18 U.S.C. § 3161, the

Speedy Trial Act, between April 20, 2016 and May 18, 2016.

The parties agree that good cause exists, taking into account the public interest in the prompt

disposition of criminal cases, to extend the time for the preliminary hearing to May 18, 2016.  The

parties seek additional time to permit the defendant's counsel to review discovery materials provided in

STIPULATION TO CONTINUE PRELIMINARY HEARING
CASE NO. 16-MJ-70333 MAG                1

1    the case, and for the parties to discuss a potential resolution.

2         The parties also agree that an exclusion of time is appropriate under the Speedy Trial Act

3    between April 20, 2016 and May 18, 2016 for purposes of the effective preparation of counsel, and to

4    permit counsel to conduct an investigation and consult with the defendant.  In addition, the defendant

5    agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties

6    also agree that the ends of justice served by granting such a continuance outweigh the best interests of

7    the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

8                                                      Respectfully submitted,

9                                                      BRIAN J. STRETCH
                                                       United States Attorney
10

11   Dated: April 6, 2016                                  /s/
                                                       LLOYD FARNHAM
12                                                     Assistant United States Attorney

13

14   Dated:  April 6, 2016                                 /s/
                                                       ANGELA HANSEN
15                                                     Attorney for FEDERICO MORA

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE PRELIMINARY HEARING
CASE NO. 16-MJ-70333 MAG                                  2

1                                       **[~~PROPOSED~~] ORDER**

2          Based upon the representation of counsel and for good cause shown, the Court finds that good

3 cause exists, taking into account the public interest in the prompt disposition of criminal cases, for

4 extending time under Rule 5.1 for a preliminary hearing to May 18, 2016.  The Court further finds that

5 good cause exists for a continuance of the preliminary hearing date to May 18, 2016.  The Court finds

6 that failing to exclude the time between April 20, 2016 and May 18, 2016 would unreasonably deny the

7 defendant and counsel the reasonable time necessary for effective preparation, taking into account the

8 exercise of due diligence.  The Court further finds that the ends of justice served by excluding the time

9 between April 20, 2016 and May 18, 2016 from computation under the Speedy Trial Act outweigh the

10 best interests of the public and the defendant in a speedy trial.

11          Therefore, IT IS HEREBY ORDERED that:

12          (1)      The preliminary hearing or arraignment date are continued to May 18, 2016, at 9:30 a.m.

13 before the Duty Magistrate; and

14          (2)      Good cause exists to extend the time for the preliminary hearing under Rule 5.1 to May

15 18, 2016; and

16          (3)      The time between April 20, 2016 and May 18, 2016 shall be excluded from computation

17 of any time limits under the Speedy Trial Act.

18

19 DATED: 4/8/16

20                                        HON. KANDIS A. WESTMORE
                                       United States Magistrate Judge

21

22

23

24

25

26

27

28